Adam Wolf (SBN 215914)
Email: awolf@peiffer.com
Peiffer Wolf Carr Kane Conway & Wise
3435 Wilshire Blvd., Suite 1400
Los Angeles, CA 90010
Telephone: 415.766.3545
Facsimile: 415-840-9435

Jonathan E. Levitt (admitted PHV)
Michelle L. Greenberg (admitted PHV)
Dae Y. Lee (admitted PHV)
Email: jlevitt@frierlevitt.com
mgreenberg@frierlevitt.com
dlee@frierlevitt.com
Frier Levitt, LLC
84 Bloomfield Avenue
Pine Brook, New Jersey 07052
Telephone: 973-618-1660
Facsimile: 973-618-0650
*Attorneys For Plaintiffs, A.P. And Y.Z.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

A.P. and Y.Z.,

Plaintiffs,

vs.

CHA HEALTH SYSTEMS, INC., COMPREHENSIVE HEALTH FOR ALL, FERTILITY MEDICAL GROUP, INC., CHA HEALTH SYSTEMS, INC. D/B/A CHA FERTILITY CENTER LOS ANGELES, CHA FERTILITY CENTER LOS ANGELES, JOSHUA J. BERGER, M.D. and SIMON HONG, PH.D.,,

Defendant.

Case No.: 2:23-CV-01621-FLA-KES

**REQUEST FOR JUDICIAL NOTICE**

[Filed Concurrently with Request for Judicial Notice in Opposition to Motion to Dismiss]

HEARING DATE: October 20, 2023
HEARING TIME: 1:30 P.M.
TRIAL DATE: None Set
ACTION FILED: 07/12/19 (NY)
Assigned to Hon. Fernando L. Aenlle-Rocha, Courtroom 6B, for all purposes including trial

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that Plaintiffs A.P. and Y.Z. (the "Plaintiffs") hereby respectfully requests the Court take judicial notice under Federal Rules of Evidence 201 of the facts and documents listed below, true and correct copies of which are attached to the Declaration of Michelle L. Greenberg.

## REQUEST FOR JUDICIAL NOTICE

| Exhibit | Document |
|---|---|
| A | Certificate Pursuant to Section 1505, California Corporations Code, filed November 15, 2005 with the California Secretary of State and available at: https://bizfileonline.sos.ca.gov/search/business<br>(*See* Declaration of Michelle L. Greenberg (the "Greenberg's Decl.") ¶¶ 1–3 & Ex. A.) |
| B | CHA Fertility website formerly available at www.chaivf.com and specifically the bio of Simon Hong, Ph.D., HCLD formerly located under "People" at www.chaivf.com/people/simon-hong-phd-hcld |

| Fact No. | Description of Fact |
|---|---|
| 1. | CHA Health Systems, Inc., by its Corporate Officer, Jenn K. Yi, CFO, filed the above-referenced corporate document with the California Secretary of State on 11/15/05 and the California Secretary of State uploaded and made this corporate document part of the Secretary of State record. (Greenberg's Decl. 3 and Exhibit |

| | |
|---|---|
| | A.) |
| 2. | CHA Health Systems, Inc. identified Simon Hong, Ph.D. as its employee and person to whom service is authorized. |
| 3. | CHA Fertility website (no longer available) listed Dr. Hong as a globally renowned scientist and researcher, serving as the Laboratory Director for CHA Fertility Center since it was established in 2001. |

## A. THE COURT SHOULD TAKE JUDICIAL NOTICE OF EXHIBIT A

Plaintiffs respectfully requests the court take judicial notice of Exhibit A pursuant to Rule 201 of the Federal Rules of Evidence, and that the Court take judicial notice of the fact that Defendant CHA Health Systems, Inc. prepared and filed the Certification Pursuant to Section 1505, California Corporations Code with the Secretary of State on or about November 15, 2005 that identified Defendant Simon Hong, Ph.D. as an employee of CHA Health Systems, Inc.

Plaintiffs respectfully requests the court take judicial notice of Exhibit B pursuant to Rule 201 of the Federal Rules of Evidence, and that the Court take judicial notice of the fact that Defendant CHA Fertility Center identified Dr. Hong as its Laboratory Director.

Under Federal Rule of Evidence 201, judicial notice is proper when a fact is not subject to reasonable dispute and capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 966 (C.D. Cal. 2005); Fed. R. Evid. 201.

**1. Exhibits A and B Facts 1, 2 and 3 are Matters of Public Record**

Matters of public record are subject to judicial notice. *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001).

Exhibit A is a corporate document prepared by or on behalf of CHA Health Systems, Inc. and filed with the Secretary of State as part of CHA Health Systems engaging in business in the State of California. The document identifies Simon Hong, Ph.D. as an employee of CHA Health Systems and is a representation by the company submitted to a government agency. Since it is publicly filed the Court can take judicial notice. *United States v. Ritchie*, 342 F.3d 903 (9th Cir. 2003); *Hall Roach Studios, Inc. v. Richard Feiner & Co.,* 896 F.2d 1542 (9th Cir. 1990); *Mir v. Little Co. of Mary Hosp.*, 844 F.2d 646 (9th Cir. 1988).

The existence of Exhibit A is not subject to reasonable dispute and is capable of accurate and ready determination. The fact that Exhibit A was submitted to the State of California as a corporate document is a fact not subject to reasonable dispute and is capable of accurate and ready determination. (*See* Greenberg's Decl. ¶¶ 1–2.)

Because this a is public record and matters of public record, anyone may obtain an accurate and authentic copy from a government agency. Thus, Exhibit A and the fact that Exhibit A was filed by or on behalf of CHA Health Systems are readily verifiable and their authenticity and accuracy cannot be questioned.

Likewise, Exhibit B is a screen shot of the CHA Fertility website formerly located at

www.chaivf.com but subsequently removed, revised and then replaced after this lawsuit was filed. The website was taken down when CHA Fertility closed and/or was sold. Nevertheless, the CHA Fertility website was available on a publicly open website and not subject to any privacy, log in or security features.

**2. Exhibit A and Exhibit B and Facts 1, 2 and 3 are Directly Relevant to the Defendants' Motion to Dismiss**

The existence of Exhibits A and B and the identification of Simon Hong, Ph.D. as an employee of CHA Health and director of CHA Fertility's lab directly relates to the Defendants' Motions to Dismiss. These exhibits and facts support the overlap in ownership, management, operations and employees between CHA Health Systems and CHA Fertility as well as the lack of corporate distinction between the Defendants.

**B. Conclusion**

For all of the aforementioned reasons, Plaintiffs request that this Court take judicial notice of Exhibit A and Exhibit B to the concurrently submitted declaration of Michelle L. Greenberg and take judicial notice of Facts 1, 2 and 3.

Dated: July 28, 2023

Frier Levitt, LLC

By: */s/ Michelle L. Greenberg*
Jonathan E. Levitt
Michelle L. Greenberg
Dae Y. Lee
*Attorneys for Plaintiff, A.P. and Y.Z*

Dated: July 28, 2023

Peiffer Wolf, Carr Kane Conway & Wise

By: _*/s/ Adam Wolf*_

Adam Wolf (SBN 215914)
Additional Counsel
*Attorneys for Plaintiff, A.P. and Y.Z*

## CERTIFICATE OF SERVICE

STATE OF NEW JERSEY ]
] ss.
COUNTY OF MORRIS ]

I am employed by the law firm Frier Levitt, counsel for Plaintiffs. I am over the age of 18 and not a party to the within action; my business address is Frier Levitt, LLC, 84 Bloomfield Avenue, Pine Brook, New Jersey 07058. I am admitted Pro Hac Vice to this Court.

I hereby certify that on July 28, 2023, I caused all of the pages of the foregoing documents described as: **REQUEST FOR JUDICIAL NOTICE** to be electronically filed with the United States District Court, Central District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system regarding the case of A.P. and Y.Z. v. CHA Health Systems, Inc., et al., Court Case No. 2:23-cv-01621-FLA-KES.

I declare under penalty of perjury under the law of the United States of America that I am employed by a member of the Bar of this Court and that the foregoing is true and correct.

Executed on July 28, 2023, in Pine Brook, New Jersey.

*<u>/s/ Michelle L. Greenberg</u>*
Michelle L. Greenberg