Adam Wolf (SBN 215914)
Email: awolf@peiffer.com
Peiffer Wolf Carr Kane Conway & Wise
3435 Wilshire Blvd., Suite 1400
Los Angeles, CA 90010
Telephone: 415.766.3545
Facsimile: 415-840-9435

Jonathan E. Levitt (admitted PHV)
Michelle L. Greenberg (admitted PHV)
Dae Y. Lee (admitted PHV)
Email: jlevitt@frierlevitt.com
mgreenberg@frierlevitt.com
dlee@frierlevitt.com
Frier Levitt, LLC
84 Bloomfield Avenue
Pine Brook, New Jersey 07052
Telephone: 973.618.1660
Facsimile: 973.618.0650
*Attorneys for Plaintiffs, A.P. and Y.Z.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

A.P. AND Y.Z.,

Plaintiff,

vs.

CHA HEALTH SYSTEMS, INC., COMPREHENSIVE HEALTH FOR ALL, FERTILITY MEDICAL GROUP, INC., D/B/A CHA FERTILITY CENTER LOS ANGELES, CHA FERTILITY CENTER LOS ANGELES, JOSHUA J. BERGER, M.D. AND SIMON HONG, PH.D.,

Defendant.

Case No.: 2:23-CV-01621-FLA-KES

**DECLARATION OF MICHELLE L. GREENBERG FOR REQUEST FOR JUDICIAL NOTICE**

[Filed Concurrently with Request for Judicial Notice in Opposition to Motion to Dismiss]

HEARING DATE: October 20, 2023
HEARING TIME: 1:30 P.M.
TRIAL DATE: None Set
ACTION FILED: 07/12/19 (NY)

Assigned to Hon. Fernando L. Aenlle-Rocha, Courtroom 6B, for all purposes including trial

I, Michelle L. Greenberg, declare as follows:

1. I am a Partner in the law firm Frier Levitt, LLC, attorneys of record for Defendant A.P. and Y.Z. ("Plaintiffs") in this action. I have personal knowledge of the matters set forth below and could testify thereto if required.

2. On July 27, 2023, I navigated on California Secretary of State website at: https://bizfileonline.sos.ca.gov and clicked on the link that led me to the California Secretary of State website. I then clicked "search" and entered the name of "CHA Health Systems, Inc.". Then I selected CHA Health Systems, Inc., clicked "view history", which opened another window and from there, I selected "1505 Registration – 11/15/2005". From the dropdown menu, I was able to download the attached document entitled "Certificate Pursuant to Section 1505 California Corporations Code", attached hereto as Exhibit A.

3. I took a screenshot of the website in order to present verification of the Certificate attached as Exhibit A.

4. I used the "wayback machine" search function at www.archive.org/web to obtain a screenshot of the archived CHA Fertility website at www.chaivf.com/people/simon-hong-phd-hcld as it appeared prior to being taken down from the internet. The wayback machine allows you to go back in time to a date and see what a website contained.

5. Exhibit B is a copy of the result of the search. The first page is shown to demonstrate the URL of the wayback machine search function and results at https://web.archive.org/web/20190426133754/https://chaivf.com/people/simon-hong-phd-hcld/. The second and third page is the full archived website page for Dr. Hong since providing it on one single page would have made it illegible.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of July, 2023.

*/s/Michelle L. Greenberg, Esq.*
Michelle L. Greenberg, Esq.

## CERTIFICATE OF SERVICE

STATE OF NEW JERSEY ]
] ss.
COUNTY OF MORRIS ]

I am employed by the law firm Frier Levitt, counsel for Plaintiffs. I am over the age of 18 and not a party to the within action; my business address is Frier Levitt, LLC, 84 Bloomfield Avenue, Pine Brook, New Jersey 07058. I am admitted Pro Hac Vice to this Court.

I hereby certify that on July 28, 2023, I caused all of the pages of the foregoing documents described as: **DECLARATION OF MICHELLE L. GREENBERG FOR REQUEST FOR JUDICIAL NOTICE** to be electronically filed with the United States District Court, Central District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system regarding the case of A.P. and Y.Z. v. CHA Health Systems, Inc., et al., Court Case No. 2:23-cv-01621-FLA-KES.

I declare under penalty of perjury under the law of the United States of America that I am employed by a member of the Bar of this Court and that the foregoing is true and correct.

Executed on July 28, 2023, in Pine Brook, New Jersey.

*<u>/s/ Michelle L. Greenberg, Esq.</u>*
Michelle L. Greenberg, Esq.

# EXHIBIT A

A0636269

**FILED** in the office of the Secretary of State of the State of California

NOV 15 2005

2309216

# CERTIFICATE PURSUANT TO SECTION 1505, CALIFORNIA CORPORATIONS CODE

CHA Health Systems, Inc.
(Name of Corporation)

_______________, a corporation organized and existing under the laws of California (State or Place of Incorporation), makes the following statement:

1. The complete address of its office in the state of California wherein any entity designating it as agent may be served with process is 5455 Wilshire Blvd., Ste. 2105, Los Angeles, California 90036.

2. The name of each person employed by it at such office to whom it authorized the delivery of any copy of any such process is SIMON HONG.

3. The corporation consents that delivery thereof to such person at the address designated shall constitute delivery of any such copy to it, as such agent.

CHA Health Systems, Inc.
(Name of Corporation)

[signature]
(Signature of Corporate Officer)

Jean K. Yi CFO
(Typed Name and Title of Officer Signing)

*Secretary of State Form 1505 (REV 03/2005)*

Search | California Secretary of

https://bizfileonline.sos.ca.gov/search/business

History

Expand All

Statement of Information - 6/20/2023

Statement of Information - 6/5/2023

1505 Registration - 11/15/2005

*Amendment Type*
**1505 Registration**

*Control ID*
**LBA28078162**

*Date*
**11/15/2005**

*Image Download*
**Download**

| Field Name | Changed From | Changed To |
|---|---|---|
| Legacy Comment | Legacy number: A0636269 | |

Amendment - 6/10/2005

Restated Articles of Incorporation - 9/22/2004

Amendment - 8/6/2004

Initial Filing - 4/2/2001

# EXHIBIT B

https://web.archive.org/web/20190426133754/https://chaivf.com/people/simon-hong-phd-hcld/

Centerbase - Frier L... Google Docs Inbox (78) - michg/... (29 unread) - michg... Westlaw Parents at Livingsto... NJCourts Online -... Livingston Public Sc... NJ court Business O...

e don't scroll past this. The Internet Archive (which runs the Wayback Machine) is a nonprofit, powered by donations averaging about $27. Join the one in a thousand users that support us financially. If c
e chip in.

https://chaivf.com/people/simon-hong-phd-hcld/

4 captures
30 Jun 2018 - 26 Apr 2019

Back to team page

# SIMON HONG, PHD, HCLD



Dr. Simon Hong is a globally renowned scientist and researcher, serving as the Laboratory Director for CHA Fertility Center since it was established in 2001. Dr. Hong was one of the lead researchers whom develope the advanced vitrification technique that is now the gold standard for cryopreservation used across moder IVF laboratories today.

His wealth of knowledge in andrology, embryology and cryobiology, combined with his research experienc and obsessive drive for precision have allowed him to develop and master highly effective techniques. Specially trained with the CHA global organization, Dr. Hong has helped enable us to achieve our high

https://chaivf.com/people/simon-hong-phd-hcld/ Go SEP APR MAY
4 captures 26
30 Jun 2016 - 26 Apr 2019 2017 2019 2020 About this capture

Menu

Back to team page (https://web.archive.org/web/20190426133754/https://chaivf.com/about-us/team/)

# SIMON HONG, PHD, HCLD



Dr. Simon Hong is a globally renowned scientist and researcher, serving as the Laboratory Director for CHA Fertility Center since it was established in 2001. Dr. Hong was one of the lead researchers whom developed the advanced vitrification technique that is now the gold standard for cryopreservation used across modern IVF laboratories today.

His wealth of knowledge in andrology, embryology and cryobiology, combined with his research experience and obsessive drive for precision have allowed him to develop and master highly effective techniques. Specially trained with the CHA global organization, Dr. Hong has helped enable us to achieve our high success rates. His philosophy of lifelong learning, discipline and respect for the craft is evident in and out of the lab. Dr. Hong enjoys reading, daily calisthenics, curating collections and spending time with his wife of 22 years and their two children.

| | |
|---|---|
| **Doctorate Degree** | CHA University School of Medicine Molecular Development Biology<br>Thesis: Development of cryopreservation technique for human oocytes and blastocysts using vitrification method, and its clinical application to assisted reproductive technology (ART) program |

https://chaivf.com/people/simon-hong-phd-hcld/ Go SEP APR MAY
4 captures
30 Jun 2016 - 26 Apr 2019
26
2017 2019 2020
About this capture

Cryopreservation of Embryos
Semen Analysis & Sperm Wash for IUI and IVF
Micromanipulation (ICSI, AH, Blastomere and TE Biopsy)
Visiting Scholar at Columbia University-NY Presbyterian Hospital

Menu

**Certifications**

Certified High-complexity Clinical Laboratory Director (HCLD)
Certified Clinical Consultant

**Professional Organizations**

American Board of Bioanalysis
American Society of Reproductive Medicine
European Society of Human Reproduction and Embryology

**Languages**

Korean
English

## TESTIMONIALS

Dr. Berger and his staff have been really great to us. Dr. Berger is attentive, thorough, and well educated. Having a doctor and his staff, in my case, Ana, there for you basically 24/7, answering any questions and concerns outside of business hours tells you the quality of patient care ... **Read More (https://web.archive.org/web/20190426133754/https://chaivf.com/about-us/testimonials/)**

**— Maria C.**

I had a wonderfu
turn two this ye
child. The
(https://v

(I
(I
(I
fe
c
lc
a
lc
a

## AFFILIATIONS

sart ABOG ACOG resolve Proud Partner cap ACCREDITED shre

## AS FEATURED IN