**Christopher P. Wend, State Bar No. 192948 -**
cwend@ljdfa.com
**Adam L. Robinson, State Bar No. 251441 -**
arobinson@ljdfa.com
**LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES**
701 North Brand Blvd., Suite 600
Glendale, California 91203-9877
Telephone (213) 426-3600 • Facsimile (213) 426-3650

Attorneys for Defendant, JOSHUA J. BERGER, M.D.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.P. and Y.Z.,<br><br>   Plaintiffs,<br><br>vs.<br><br>CHA HEALTH SYSTEMS, INC., COMPREHENSIVE HEALTH FOR ALL, FERTILITY MEDICAL GROUP, INC., CHA HEALTH SYSTEMS, INC. D/B/A CHA FERTILITY CENTER LOS ANGELES, CHA FERTILITY CENTER LOS ANGELES, JOSHUA J. BERGER, M.D. and SIMON HONG, PH.D.,,<br><br>   Defendant. | Civil No.: 2:23-cv-01621-FLA-KESx<br><br>**NOTICE OF MOTION FOR DETERMINATION OF GOOD FAITH OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT, JOSHUA J. BERGER, MD**<br><br>DATE: October 20, 2023<br>TIME: 1:30 P.M.<br>LOCATION: Courtroom 6B<br><br>TRIAL DATE: 08/29/2024<br>ACTION FILED: 07/12/19<br><br>Assigned to Hon. Fernando L. Aenlle-Rocha, Courtroom 6B, for all purposes including trial |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 20, 2023, at 1:30 p.m., or as soon thereafter as counsel may be heard by this court, Defendant, Joshua J. Berger, M.D., will and hereby does move this court to issue a final order:

    a.    Confirming and approving that the settlement agreement between Plaintiffs, A.P. and Y.P., on the one hand, and Defendant Joshua J. Berger, MD, on the other is in

good faith, fair, reasonable, and consistent with the intent of California Code of Civil Procedure §§ 877 and 877.6.

  b. Establishing that, pursuant to the Settlement Agreement, and California Code of Civil Procedure § 877, et seq., Defendant Joshua J. Berger, MD and his insurers are discharged from all liability for claims for contribution or indemnity arising from any alleged past negligence, act, omission, or misconduct of Defendant Joshua J. Berger, MD in connection with the subject matter of this litigation.

  c. Dismissing with prejudice all claims asserted herein against Defendant Joshua J. Berger, MD.

This motion is based upon this Notice of Motion and Joint Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Christopher P. Wend, and accompanying exhibits, and all of the pleadings, files and records in this action, and upon such other matters as may be presented at the hearing of this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 28, 2023, and September 6, 2023.

Dated: September 18, 2023  LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

By: */s/ Christopher P. Wend*
CHRISTOPHER P. WEND
ADAM L. ROBINSON
Attorneys for Defendant, JOSHUA J. BERGER, M.D.

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      ]
                         ] ss.
COUNTY OF LOS ANGELES    ]

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES, 701 North Brand Blvd., Suite 600, Glendale, California 91203-9877.

I hereby certify that on September 18, 2023, I caused all of the pages of the foregoing documents described as **NOTICE OF MOTION FOR DETERMINATION OF GOOD FAITH OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT, JOSHUA J. BERGER, MD** to be electronically filed with the United States District Court, Central District District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system regarding the case of A.P. and Y.Z. v. CHA Health Systems, Inc., et al., Court Case No. 2:23-cv-01621-FLA-KESx, Our Matter No. 158.40873 CPW.

SEE ATTACHED MAILING LIST

I declare under penalty of perjury under the law of the United States of America that I am employed by a member of the Bar of this Court and that the forgoing is true and correct.

Executed on September 18, 2023, at Glendale, California.

*/s/ Christopher P. Wend*
CHRISTOPHER P. WEND

A.P. and Y.Z. v. CHA Health Systems, Inc., et al.
Our File No.:  158.40873 CPW
Case No.:  2:23-cv-01621-FLA-KESx

Adam B. Wolf, Esq.
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
5042 Wilshire Blvd., No. 304
Los Angeles, CA 90036
Phone: (415) 766-3545
Fax: (415) 402-0058
Email: awolf@peifferwolf.com; awolf@pwcklegal.com
mrosadini@peifferwolf.com; clathrop@peifferwolf.com
Attorneys for Plaintiffs, A.P. and Y.Z

Michelle I. Greenberg, Esq.
Jonathan E. Levitt, Esq.; Dae Y. Lee, Esq.; Gabrielle Kohlhagen, Esq.
FRIER LEVITT
84 Bloomfield Avenue
Pine Brook, NJ 07058
Phone: (973) 618-1660
Fax: (973) 618-0650
Email: mgreenberg@frierlevitt.com
jlevitt@frierlevitt.com; dlee@frierlevitt.com; mblount@frierlevitt.com;
lWeiland@frierlevitt.com; mrivera@frierlevitt.com;
gkohlhagen@frierlevitt.com
Attorneys Pro Hac Vice for Plaintiffs, A.P. and Y.Z.

Shannon Santos, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
555 Flower Street, Suite 2900
Los Angeles, CA 90071
Phone: (213) 443-5100
Fax: (213) 443-5101
Email: Shannon.Santos@wilsonelser.com
Attorneys for Defendant, CHA HEALTH SYSTEMS, INC.

Judy C. Selmeci, Esq.
Michael J. O'Malley, Esq.; Melissa A. Murphy-Petros, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60603
Phone: (312) 704-0550
Fax: (312) 704-1522
Email: Judy.Selmeci@wilsonelser.com
michael.o'malley@wilsonelser.com; melissa.murphy-petros@wilsonelser.com;
gkohlhagen@frierlevitt.com
Attorneys Pro Hac Vice for Defendant, CHA HEALTH SYSTEMS, INC.

Todd E. Croutch, Esq.
Louise M. Douville, Esq.;
Daniel K. Dik, Esq.
FRASER, WATSON & CROUTCH
100 West Broadway, Suite 650
Glendale, CA 91210
Phone: (818) 543-1380 ext. 3590
Fax: (818) 543-1389
Email: tcroutch@fwcllp.com
ldouville@fwcllp.com;
ddik@fwcllp.com
Attorneys for Defendants, COMPREHENSIVE HEALTH FOR ALL FERTILITY MEDICAL GROUP, INC. DBA CHA FERTILITY CENTER LOS ANGELES and DR. SIMON HONG

CERTIFICATE OF SERVICE