1  Shannon L. Santos, SBN 260112
        Email:  Shannon.Santos@wilsonelser.com
2  **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
3  555 South Flower Street, Suite 2900
   Los Angeles, CA 90071-2407
4  Telephone:  213.443.5100
5  Facsimile:   213.443.5101

6
   Michael J. O'Malley, Admitted *Pro Hac Vice*
7        Email:  Michael.O'Malley@wilsonelser.com
   **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
8  55 West Monroe Street, Suite 3800
9  Chicago, IL 60603
   Telephone:  312.704.0550
10 Facsimile:   312.704.1522

11
   *Attorneys for Defendant CHA Health Systems, Inc.*
12

13              **UNITED STATES DISTRICT COURT**

14       **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| A.P. and Y.Z., | Case No.:  2:23-cv-01621-FLA-KES |
| Plaintiffs, | |
| vs. | **JOINT STATUS REPORT RE: SETTLEMENT** |
| CHA HEALTH SYSTEMS, INC., COMPREHENSIVE HEALTH FOR ALL FERTILITY MEDICAL GROUP, INC., D/B/A CHA FERTILITY CENTER LOS ANGELES, CHA FERTILITY CENTER LOS ANGELES, JOSHUA J. BERGER, M.D., and SIMON HONG, PH.D, | Hon. Fernando L. Aenlle-Rocha |
| Defendants. | |

# JOINT STATUS REPORT RE: SETTLEMENT

Defendant CHA Health Systems, Inc. ("CHA Health"), plaintiffs A.P. and Y.Z. ("plaintiffs"), and defendants Comprehensive Health for All Fertility Medical Group, Inc., d/b/a CHA Fertility Center Los Angeles, and Simon Hong, Ph.D. (collectively "CHA Fertility Center") hereby submit this joint status report re: settlement.

On December 14, 2023, these parties reached a full settlement of this matter through mediation with Judicate West. The parties submit this report because all defendants' partial motions to dismiss are pending before this Court, having been taken on the papers on October 10, 2023. The parties will report further once the settlement is finalized, as well as take all other necessary steps in that regard.

Respectfully submitted,

Dated: December 15, 2023         WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: /s/ Michael J. O'Malley
Michael J. O'Malley
Shannon L. Santos
*Attorneys for Defendant CHA Health Systems, Inc.*

Dated: December 15, 2023         FRIAR LEVITT, LLC
By: /s/ Dae Y. Lee
Jonathan E. Levitt
Dae Y. Lee
*Attorneys for Plaintiffs A.P. and Y.Z.*

Dated: December 15, 2023         FRASER WATSON & CROUTCH LLP
By: /s/ Todd Croutch
Todd E. Croutch
Louise M. Douville
*Attorneys for Defendants Comprehensive Health for All Fertility Medical Group, Inc., d/b/a CHA Fertility Center Los Angeles, and Simon Hong, Ph.D.*