1  Shannon L. Santos, SBN 260112
2      Email:  Shannon.Santos@wilsonelser.com
  **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
3  555 South Flower Street, Suite 2900
4  Los Angeles, CA 90071-2407
  Telephone:  213.443.5100
5  Facsimile:  213.443.5101

6
  Michael J. O'Malley, Admitted *Pro Hac Vice*
7      Email:  Michael.O'Malley@wilsonelser.com
  **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
8  55 West Monroe Street, Suite 3800
9  Chicago, IL 60603
  Telephone:  312.704.0550
10 Facsimile:  312.704.1522

11
12 *Attorneys for Defendant CHA Health Systems, Inc.*

13 **UNITED STATES DISTRICT COURT**

14 **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| A.P. and Y.Z., | Case No.:  2:23-cv-01621-FLA-KES |
| Plaintiffs, | |
| vs. | **STIPULATION OF DISMISSAL PURSUANT TO FRCP 41** |
| CHA HEALTH SYSTEMS, INC., COMPREHENSIVE HEALTH FOR ALL FERTILITY MEDICAL GROUP, INC., D/B/A CHA FERTILITY CENTER LOS ANGELES, CHA FERTILITY CENTER LOS ANGELES, JOSHUA J. BERGER, M.D., and SIMON HONG, PH.D, | Hon. Fernando L. Aenlle-Rocha |
| Defendants. | |

1
STIPULATION OF DISMISSAL PURSUANT TO FRCP 41

292553152v.1

**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41**

Plaintiffs A.P. and Y.Z. and defendants CHA Health Systems, Inc., Comprehensive Health for All Fertility Medical Group, Inc., d/b/a CHA Fertility Center Los Angeles, and Simon Hong, Ph.D. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

Respectfully submitted,

Dated: February 20, 2024

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: */s/ Michael J. O'Malley*
Michael J. O'Malley
Shannon L. Santos
*Attorneys for Defendant CHA Health Systems, Inc.*

Dated: February 20, 2024

FRIAR LEVITT, LLC
By: */s/ Dae Y. Lee*
Jonathan E. Levitt
Dae Y. Lee
*Attorneys for Plaintiffs A.P. and Y.Z.*

Dated: February 20, 2024

FRASER WATSON & CROUTCH LLP
By: */s/ Todd Croutch*
Todd E. Croutch
Louise M. Douville
*Attorneys for Defendants Comprehensive Health for All Fertility Medical Group, Inc., d/b/a CHA Fertility Center Los Angeles, and Simon Hong, Ph.D.*